MARC E. LIPTON
JODY B. LIPTON

KYLE J. KELLY
STEFFANI CHOCRON
KIMBERLY NORMAN

 LIPTON LAW
THE EDGE YOU NEED

*Of Counsel*
WILLIAM LIPTON

December 21, 2012

~~RECEIVED JAN - 3 2013~~

RECEIVED JAN - 2 2013
*GDC*

ARL Bio Pharma, Inc.
Analytical Research Laboratories
Thomas Kupiec
840 Research Parkway, Ste. 546
Oklahoma City, OK 73104

Mr. David Campbell
Bowman and Brooke
41000 Woodward Ave, Ste 200-E
Bloomfield Hills, MI 48304

Mr. Frederick Fern,
National Counsel, NECC, et. al.
1290 Avenue of the Americas, 11th Floor
New York, NY 10104

Mr. Gregory Conigliaro, Registered Agent
NECC and Medical Sales Management SW, Inc.
697 Waverly St.
Framingham, MA 01701

Mr. Gregory Conigliaro, Registered Agent
GDC Properties Management, LLC
701 Waverly St.
Framingham, MA 01701

Kenneth B. Walton, Esq.
Donovan & Hatem, LLP
Two Seaport Lane
Boston, MA 02210
617-406-4500
Fax: 617-406-4501
Email: kwalton@donovanhatem.com

Mr. Gregory Conigliaro, Registered Agent
Ameridose, LLC
205 Flanders Rd.
Westborough, MA 01581

Mr. Gregory Conigliaro, Registered Agent
Alaunus Pharmaceutical, LLC
687 Waverly St.
Framingham, MA 01701

The Corporation Company,
Registered Agent for Medical Sales
Management SW, Inc. and Ameridose, LLC
30600 Telegraph Road
Suite 2345
Bingham Farms, MI 48025

VIA EMAIL, Regular and Certified Mail

Dear Sirs:

Please be advised that my office represents a number of individuals, specified below, who claim injury as a result of injection with steroids that were compounded, marketed, sold and distributed the New England Compounding Center and/or one of the above entities. Upon information and belief, ARL Bio Pharma, Inc. tested the steroid lots at issue, and certified that they were sterile. The procedures and results of ARLs testing were flawed, and a proximate result of the failures of ARL was to injure them.

Notice is hereby provided of these claims. This notice is general in nature, is based upon information reasonably available at the time of preparation, and does not limit the claims that will be brought in the future. Further, this notice does not limit the entities or individuals against

who claims will be brought. This notice is provided as a courtesy only, for your use as necessary. By providing it, we are not conceding that it is required by any applicable law, contract or regulation.

It is our intention to file suit on behalf of the identified individuals and their families for the injuries caused by your clients, their companies, and other responsible parties. Feel free to contact me if you have any questions.

Sincerely,

MARC LIPTON
marc@liptonlaw.com

List of claimants, 12-21-2012

| Client | Date of Injection | Facility |
|---|---|---|
| Asadoorian, Martha | 9/21/2012 | Michigan Pain Specialists, Brighton MI |
| Adair, Anna | 6/27,8/16, 9/17/12 | Michigan Pain Specialists, Brighton MI |
| Bansale, Brenda | 8/28/2012 | Michigan Pain Specialists, Brighton MI |
| Belenski, Marabeth (dec) | 8/01/2012 | Neuromuscular & Rehabilitation, Traverse City MI |
| Bell, Alta | 9/26/2012 | Michigan Pain Specialists, Brighton MI |
| Brown, Maurice | 9/18/2012 | Michigan Pain Specialists, Brighton MI |
| Bushaw, James | 9/14/2012 | Neuromuscular & Rehabilitation, Traverse City MI |
| Cunningham, Ronald | 9/25/2012 | Neuromuscular & Rehabilitation, Traverse City MI |
| Dargan, Nancy | 8/28/2012 | Michigan Pain Specialists, Brighton MI |
| Demeniuk, Thomas | 9/27/2012 | Michigan Pain Specialists, Brighton MI |
| Denton, Joy | 9/25/2012 | Michigan Pain Specialists, Brighton MI |
| Dodds, Barbara | 9/10/2012 | Michigan Pain Specialists, Brighton MI |
| Fairchild, Jessica | 8/12/2012 | Michigan Pain Specialists, Brighton MI |
| Frank, Jayne | 8/20/2012 | Neuromuscular & Rehabilitation, Traverse City MI |
| Frazier, Alisa | 10/04/2012 | SE Michigan Surgical Hospital, Warren MI |
| Godlewski, Elaine | 9/05/2012 | Michigan Pain Specialists, Brighton MI |
| Gorzinski, Eleanor (dec) | 9/10/2012 | Neuromuscular & Rehabilitation, Traverse City MI |
| Hughey, Brian | 8 & 9-2012 | Neuromuscular & Rehabilitation, Traverse City MI |

| | | |
|---|---|---|
| Johnson, Geraldine | 8/27/2012 | Michigan Pain Specialists, Brighton MI |
| Jusufi, Pam | 9/27/2012 | Michigan Pain Specialists, Brighton MI |
| Kelly, Joy Alaine | 9/20/2012 | Michigan Pain Specialists, Brighton MI |
| Kennedy, Brian | 9/12/2012 | Michigan Pain Specialists, Brighton MI |
| Kidd, Pamela | 10/01/2012 | Michigan Pain Specialists, Brighton MI |
| Kulchinski, Melinda | 8/27/2012 | Michigan Pain Specialists, Brighton MI |
| Lee, Linda | 9/10/2012 | Michigan Pain Specialists, Brighton MI |
| Lehman, Dorothy | 9/12/2012 | Neuromuscular & Rehabilitation, Traverse City MI |
| Mackey, Anja | 9/04/2012 | Michigan Pain Specialists, Brighton MI |
| Malafouris, Patricia (dec) | 8/21/2012 | Michigan Pain Specialists, Brighton MI |
| Meszaros, Brian | 9/25/2012 | Michigan Pain Specialists, Brighton MI |
| Morrow, Betty | 9/17/2012 | Michigan Pain Specialists, Brighton MI |
| Othman, Aladine | 9/27/2012 | SE Michigan Surgical Hospital, Warren MI |
| Petchell, Linda | 8/29/2012 | Michigan Pain Specialists, Brighton MI |
| Pew, Allison | 8/13/2012 | Michigan Pain Specialists, Brighton MI |
| Quattlander, Todd | 9/10/2012 | Michigan Pain Specialists, Brighton MI |
| Randolph, Robert | 9/17/2012 | Michigan Pain Specialists, Brighton MI |
| Roberson, Pam | 8/16/2012 | Michigan Pain Specialists, Brighton MI |
| Sabin, Linda | 7/17/12 | Neuromuscular & Rehabilitation, Traverse City MI |
| Shaffer, Leonard | 9/2012 | Michigan Pain Specialists, Brighton MI |
| Stender, Misty | 9/12/2012 | Neuromuscular & Rehabilitation, Traverse City MI |
| Stratton, Glenda | 9/13/2012 | Michigan Pain Specialists, Brighton MI |
| Steward, Chavonda | 7/3/2012 | SE Michigan Surgical Hospital, Warren MI |
| Szegda, Debbie | 9/19/12 | Michigan Pain Specialists, Brighton, MI |
| Thistlewaite, Larry | 10/2/2012 | Michigan Pain Specialists, Brighton, MI |
| Thomas, William | 90/4/2012 | Michigan Pain Specialists, Brighton MI |
| Thomson, Nancy | 9/13/2012 | Michigan Pain Specialists, Brighton MI |
| Trammell, Sheri Lynn | 8/16/2012 | Michigan Pain Specialists, Brighton MI |
| Verdi-Spanske, Joy | 9/24/2012 | Neuromuscular & Rehabilitation, Traverse City MI |

Page 4 of 4

| Walker, Sandra | 8/21/12 | Michigan Pain Specialists, Brighton, MI |
|---|---|---|
| Wirebaugh, Richard | 8-2 & 9-2-2012 | Michigan Pain Specialists, Brighton, MI |



$0.450
US POSTAGE
FIRST-CLASS
FROM 48075
DEC 21 2012
stamps.com

0625000786602



# LIPTON LAW
THE EDGE YOU NEED

19500 West Ten Mile Road
Southfield, Michigan 48075



Mr Gregory Conigliaro, Registered Agent
GDC Properties Management, LLC
701 Waverly St.
Framingham MA 01702-8512